JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HETTIHEWAGE DHARMASENA,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 5:23-cv-01510-JGB-KKx<br><br>**JUDGMENT**<br><br>Trial Date: June 2, 2025<br>Complaint Filed: August 1, 2023 |

  Pursuant to the Court's Order Granting Plaintiff's Rule 52 Motion for Judgment [Dkt. No. 41], the Plaintiff hereby submits the following [Joint Proposed] Judgment.

  On May 29, 2025, the Court issued its Order Granting Plaintiff's Rule 52 Motion for Judgment. [Dkt. No. 25]. The Court Found and Ordered that Hettihewage Dharmasena has established his disability under Metropolitan Life Insurance Company's plan terms. The Court Ordered the plaintiff to lodge a proposed judgment consistent with its Order. [Id.]

Based on the medical evidence reviewed by the Court, Dharmasena is totally disabled from his own occupation.  Plaintiff has abandoned his case for short-term disability benefits.  He is therefore entitled to an award of benefits and is entitled to recover LTD benefits. [*Id.* at p. 16].

Dharmasena's LTD benefits were to commence August 5, 2022, in the gross amount of $4,816.46.  His initial Social Security Disability award was $2,184.00.  Dharmasena's net benefit after the reduction for Social Security Disability benefits is $2,632.48.  Dharmasena is entitled to 34 months of past benefits, ($89,504.32) plus reinstatement to the Plan for a determination of his right to future benefits.  MetLife shall calculate the past benefits based on an interest rate of 5.29%.

The parties are ordered to meet and confer regarding the issue of attorneys' fees and costs under 29 U.S.C. § 1132(g).  If the parties are unable to reach an agreement, Plaintiff is ordered to file his motion for attorneys' fees and costs within 35 days of the execution of this Judgment.

**IT IS SO ORDERED.**

Dated:  June 16, 2025

_____
Honorable Jesus G. Bernal
United States District Judge